DAVID T. PROSSER, J.
¶ 37. (concurring.) The defendant admitted to police that he had a few beers before he killed Stacey Hosey and stabbed Branden Beavers-Jackson. Majority op., ¶¶ 5-7. Two blood tests taken after the homicide showed his blood alcohol concentration to be at least 0.15. Id., ¶ 8 n.7. Anderson did not consume alcohol involuntarily. Consequently, Anderson's claim of a temporary mental state brought into existence by the voluntary taking of a prescription drug could not prevail unless Anderson alleged and proved that his drinking had no effect on his allegedly drug-induced mental state. His own expert testified otherwise. Id., ¶ 8. Accordingly, any error in the jury instruction would be harmless beyond a reasonable doubt.
¶ 38. For the foregoing reasons, I respectfully concur.